Opinion issued February 18, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-08-00416-CV

———————————

TOM BRIDGWATER, Appellant

V.

LAURA
ARCENEAUX,
Appellee



 



 

On Appeal from the 311th District Court

Harris County, Texas



Trial Court Case No. 2007-69028

 



 

MEMORANDUM OPINION

          This
is an appeal from a protective order signed by the trial court on December 5,
2007.

On January
14, 2010, the Court notified the parties that it appeared that the protective order had expired.  See Tex.
Fam. Code Ann. ' 85.025 (Vernon 2008) (providing that protective order is
effective for no more than two years unless person who is subject of protective
order is confined or imprisoned on date protective order would expire).  The Court further notified the parties that
the appeal was subject to being dismissed as moot.  See Tex.
R. App. P. 42.3 (allowing involuntary dismissal of appeal).  The parties did not respond.

We dismiss the appeal as moot.

                                                                   

PER
CURIAM

 

Panel
consists of Justices Keyes, Sharp, and Massengale.